# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A., <br><br> Plaintiff, <br><br> v. <br><br> LaSALLE BANK NATIONAL ASSOCIATION, <br><br> Defendant. | 2:08-CV-1448 JCM (RJJ) |

## ORDER

Presently before the court is defendant LaSalle Bank National Association's motion for leave to exceed the page limit for its motion for summary judgment. (Doc. # 107).

Pursuant to Local Rule 7-4, a party must obtain leave of the court to file a motion or opposition in excess of 30 pages or a reply brief in excess of 20 pages. Defendant asks this court to authorize it to file a memorandum of law in support of a motion for summary judgment of up to and including fifty (50) pages, exclusive of exhibits. It asserts that in order to adequately file a motion for summary judgment, due to "the complex nature of the claims and defenses in this case," that the excess pages are required. Defendant states in its motion that plaintiff agreed to "an extension of the page limits to forty (40), but does not agree that fifty (50) pages is necessary."

Good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant's motion for leave to exceed the page limit for its motion for summary judgment in the amount of fifty (50) pages (doc. # 107) be, and the same hereby is, DENIED.

**James C. Mahan**
**U.S. District Judge**

1   IT IS FURTHER ORDERED that defendant is granted leave to file a motion for summary judgment of up to and including forty (40) pages, exclusive of exhibits.

3   DATED September 14, 2010.

*[signature: James C. Mahan]*
UNITED STATES DISTRICT JUDGE