UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

WELLS FARGO BANK, N.A.,

    Plaintiff,

v.

LaSALLE BANK NATIONAL ASSOCIATION,

    Defendant.

2:08-CV-1448 JCM (RJJ)

**ORDER**

Presently before the court is plaintiff Wells Fargo Bank, N.A.'s motion for partial summary judgment. (Doc. #113). Defendant LaSalle Bank National Association filed an opposition. (Doc. #134). Plaintiff filed a reply. (Doc. #145).

Also before the court is defendant's motion for summary judgment. (Doc. #114). Plaintiff filed an opposition. (Doc. #128). Defendant filed a reply. (Doc. #146).

The court set a hearing for the motions (doc. #113 and #114) to be held on January 27, 2011. The parties have filed several motions to exclude expert testimony (docs. #109, #110, and #112), and a motion to strike the errata sheet of Timothy Dwyer's deposition and a request for the entry of an order in limine (doc. #123).

Within the motions for summary judgment (doc. # 113 and #114), the parties rely on the disputed testimony of their experts to support their positions that no genuine issue of material fact exists. However, as the court has not ruled on the motions to exclude the experts' testimony (doc. #109, #110, and #112), and is therefore unable to determine which testimony to properly consider

**James C. Mahan**
**U.S. District Judge**

1  in its ruling, it is not inclined to hold a hearing on the motions for summary judgment (doc. #113 and
2  #114) at this time.
3     Accordingly,
4     IT IS HEREBY ORDERED ADJUDGED AND DECREED that the hearing on the motions
5  for summary judgment (doc. #113 and #114) currently scheduled for January 27, 2011, at 11:00 am,
6  be VACATED and rescheduled for February 24, 2011, at 10:30 am.
7     DATED January 26, 2011.

*/s/ James C. Mahan*
_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -