1  PAT LUNDVALL (NSBN 3761)
   KRISTEN T. GALLAGHER (NSBN 9561)
2  McDONALD CARANO WILSON LLP
   2300 W. Sahara Avenue, #1000
3  Las Vegas, Nevada 89102
   Telephone: 702.873.4100
4  Facsimile:  702.873.9966
   lundvall@mcdonaldcarano.com
5  kgallagher@mcdonaldcarano.com

6  PAUL D. SNYDER (Admitted *pro hac vice*)
   BRADLEY C. MIRAKIAN (Admitted *pro hac vice*)
7  SNYDER LAW FIRM LLC
   11551 Granada, Suite 100
8  Leawood, Kansas 66211
   Telephone: 913.685.3900
9  Facsimile:  913.440.0724
   psnyder@snyderlawfirmllc.com
10 bmirakian@snyderlawfirmllc.com

11 *Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WELLS FARGO BANK, N.A., as Trustee for the Certificateholders of Commercial Mortgage Pass-Through Certificates, Series 2006-MF2, acting by and through CROWN NORTHCORP, INC. as Special Servicer,<br><br>Plaintiff,<br><br>vs.<br><br>LaSALLE BANK NATIONAL ASSOCIATION,<br><br>Defendant. | Case No.: 2:08-cv-1448-JCM-RJJ<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

Presently before the court is defendant LaSalle Bank National Association's ("Defendant") Motion for Summary Judgment. (Dkt. #114). Plaintiff Wells Fargo Bank, N.A. ("Wells Fargo"), as Trustee for the Certificateholders of Commercial Mortgage Pass-Through Certificates, Series 2006-MF2, acting by and through Crown NorthCorp, Inc. ("Crown NorthCorp"), its Special Servicer (collectively "Plaintiff") filed a Response. (Dkt. #128). Defendant filed a Reply in support of its Motion. (Dkt. #146). Additionally, Plaintiff filed two supplements to its Response. (Dkt. ##148, 153). Thereafter, Defendant filed a Response to Plaintiff's Second Supplement and Errata. (Dkt. #158).

1  Also before the court is Plaintiff's Motion for Partial Summary Judgment, (Dkt. #113), as
2  to which Defendant filed a Response and Plaintiff filed a Reply. (Dkt. #134 and #145).
3  The court, having considered the papers and pleadings submitted and oral arguments of
4  the parties present, finds that genuine issues of material fact preclude the entry of summary
5  judgment pursuant to Fed. R. Civ. P. 56.
6  Accordingly,
7  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff's Motion for Partial
8  Summary Judgment (Dkt. #113) and Defendant's Motion for Summary Judgment (Dkt. #114) be, and the
9  same are, DENIED.

DATED: March 3, 2011.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

| McDONALD CARANO WILSON LLP | HOLLAND & HART LLP |
|---|---|
| By: /s/ Kristen T. Gallagher<br>PAT LUNDVALL (NSBN 3761)<br>KRISTEN T. GALLAGHER (NSBN 9561)<br>2300 W. Sahara Avenue, #1000<br>Las Vegas, Nevada 89102<br>plundvall@mcdonaldcarano.com<br>kgallagher@mcdonaldcarano.com<br><br>PAUL D. SNYDER<br>BRADLEY C. MIRAKIAN<br>SNYDER LAW FIRM LLC<br>11551 Granada, Suite 100<br>Leawood, Kansas 66211<br>(Admitted *pro hac vice*)<br><br>*Attorneys for Plaintiff* | By: /s/ Bryce K. Kunimoto  (with consent)<br>BRYCE K. KUNIMOTO (NSBN 7781)<br>3800 Howard Hughes Parkway, 10th Floor<br>Las Vegas, NV 89169<br>bkunimoto@hollandhart.com<br><br>GREGORY A. MARKEL<br>JASON M. HALPER<br>CADWALADER, WICKERSHAM &<br>TAFT LLP<br>One World Financial Center<br>New York, NY 10281<br>(Admitted *pro hac vice*)<br><br>*Attorneys for Defendant* |

219243.2